# Court of Appeals
# of the State of Georgia

ATLANTA,  December 13, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0592. CONFESOR CHAPARRO v. THE STATE.**

In 2004, a jury found Confesor Chaparro guilty of four counts of aggravated child molestation, and we affirmed his convictions on direct appeal. See *Chaparro v. State*, 279 Ga. App. 145 (630 SE2d 645) (2006).[1] Chaparro later filed a motion for out-of-time appeal in the trial court, which was denied in 2012. Then, in 2020, he filed another motion for out-of-time appeal. Chaparro filed this direct appeal from the denial of that motion.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal." *Kilgore v. State*, 325 Ga. App. 874, 875 (1) (756 SE2d 9) (2014) (punctuation omitted). Where, as here, a defendant has already had a direct appeal, he is not entitled to an out-of-time appeal. See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) ("[T]here is no right to directly appeal the denial of a motion for out-of-time appeal filed by a criminal defendant whose conviction has been affirmed on direct appeal.").

---

[1] Since his conviction, Chaparro has filed numerous other appeals in this Court. See Case Nos. A08D0111 (Nov. 19, 2007); A08D0343 (May 2, 2008); A11A1862 (June 20, 2011); A14D0056 (Oct. 18, 2013); A17A2057 (July 21, 2017); A19D0224 (Dec.19, 2018); and A19A1643 (Apr. 10, 2019).

Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,   12/13/2021*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                    *, Clerk.*